IN RE RESIGNATION OF BERNABEI.

STARK COUNTY BAR ASSOCIATION *v.* BERNABEI.

[Cite as *In re Resignation of Bernabei* (1992), 65 Ohio St.3d 1212.]

(Nos. 92–1978 and 92–1705—Submitted December
10, 1992—Decided December 18, 1992.)

The resignation of Vincent J. Bernabei, Attorney Registration No. 0016965, is accepted; case No. 92–1705, *Stark Cty. Bar Assn. v. Bernabei,* is dismissed as moot.

For earlier case, see (1992), 65 Ohio St.3d 1202, 601 N.E.2d 41.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.